# CASE SCHEDULED FOR TRIAL

CASE NAME: _Syracuse v. Roman Catholic_

CASE NUMBER: _07cv 2205_

TRIAL DATE: _11/8/10_

EXPECTED DURATION OF TRIAL: _9 days_
 * Judge Pollak sits every day from 9:30 AM to approximately 5:00 PM
   until trial is concluded.

JURY SELECTION DATE: _11/8 @ 9:00 AM_

TRIAL IMMEDIATELY FOLLOWS JURY SELECTION: _(YES)_ / NO
 * Schedule witnesses accordingly. Judge Pollak generally selects
   a jury in 2 hours.

FINAL PRE-TRIAL CONFERENCE: _11/2 at 12:00_
 * Attorney who is trying the case, **MUST** appear for the
   final pre-trial conference!
 * The day before the final pre-trial conference, email the voir dire / jury
charges to Diana_Caggiano@nyed.uscourts.gov. In addition, bring a hard copy with
you to the final pre-trial conference. _Jury charge/voir dire due 10/19/10_

PRE-TRIAL ORDER DUE: _filed already_

FINAL SETTLEMENT CONFERENCE: _0_
 * Even if a conference is not set, do not hesitate to contact chambers
   as your trial date gets closer, if you think a settlement conference
   would be helpful.

NOTE: If you require any equipment (easel, audio, video, projector, etc.) for the trial, notify chambers immediately. If you are bringing in any video tapes or unusual evidence that you think the security personnel may have a problem with, ask chambers for an order.