US MAGISTRATE JUDGE CHERYL L. POLLAK            DATE: 4/21/11

TIME SPENT: _____

DOCKET NO. 07-2205-(CLP)

CASE: Siracuse v. Roman Catholic

_____ INITIAL CONFERENCE           _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE         _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE        _____ TELEPHONE CONFERENCE
_____ MOTION HEARING               _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED              _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

_____

**FOR DEFENDANT:** _____

_____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____          DEF. TO SERVE PL. BY: _____

RULINGS:

Trial - deliberations - verdict.