Marc J. Monte, Attorney at Law (MM-0463)
Wingate, Kearney & Cullen, LLP
45 Main Street, Suite 1020
Brooklyn, New York 11201
Tel. 718-852-5900—Fax 718-852-8168


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH SIRACUSE, <br><br> Plaintiff, <br><br> - against - <br><br> ROMAN CATHOLIC DIOPCESE OF BROOKLYN and PROGRAM FOR THE DEVELOPMENT OF HUMAN POTENTIAL, <br><br> Defendant. | Index No. 07cv2205 <br> (CLP) <br><br> NOTICE OF MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO F.R.C.P. 50 |

To:   Margaret McIntyre, Esq.
      Attorney for Plaintiff
      64 Fulton Street, Ste. 502
      New York, New York 10038
      (212) 227-9987

      John A. Beranbaum
      Beranbaum Menken LLP
      Attorney for Plaintiff
      80 Pine Street, 32nd floor
      New York, NY 10005
      (212) 509-1616


PLEASE TAKE NOTICE that upon the Notice of Motion, the Certification of Marc J. Monte with exhibits dated June 13, 2011, and the Memorandum of Law, the Defendant will move this Court at a time and date to be determined by the Court, at the Courthouse, 225 Cadman Plaza East, Brooklyn, New York before the Honorable Cheryl

L. Pollak for an Order pursuant to Rule 50 of the Federal Rules of Civil Procedure setting aside that portion of the verdict entered May 4, 2011 after trial by jury pertaining to New York Human Rights Law and directing judgment thereupon for the Defendant, and for such other and further relief the Court deems just and proper.

Dated: June 13, 2011
      Brooklyn, New York

                                          MARC J. MONTE (MM0463)
                                          Wingate, Kearney & Cullen, LLP
                                          Attorneys for the Defendant
                                          45 Main Street, Suite 1020
                                          Brooklyn, New York 11201
                                          (718) 852-5900